OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 23, 2007

Ms. Sherri R. Carter
Clerk, U.S. District Court
United States District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

      RE:    **In Re Brimonidine Patent Litigation - MDL-1866**
                CA 07cv516 GMS (D/DE)
                CA 2:07cv1967 (CD/CA)

Dear Ms. Carter:

      In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

                Clerk, U.S. District Court
                Federal Building, Lockbox 18
                844 N. King Street
                Wilmington, DE 19801

      If your case file is maintained in electronic format in CM/ECF, please contact me at 302-573-6170.

                Sincerely,

                Peter T. Dalleo, Clerk

                By:_____
                     Elizabeth Dinan
                     Deputy Clerk

Enc.
cc:   Michael Beck, Clerk of the Panel