IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Brimonidine Patent Litigation, | ) |
| | ) |
| Allergan Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v., | ) C.A. No.: 07-MD-1866 GMS |
| | ) |
| Exela Pharmsci Inc., et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Please enter the appearance of Frederick L. Cottrell, III and the firm of Richards, Layton & Finger, P.A. in the above captioned action as counsel to Defendants Exela Pharmsci Inc., Exela Pharmsci Pvt. Ltd., Paddock Laboratories Inc., and Pharmaforce Inc.

*[signature]*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700
*Attorney for Defendants Exela Pharmsci Inc.,
Exela Pharmsci Pvt. Ltd., Paddock
Laboratories Inc., and Pharmaforce Inc.*

Dated: September 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and to the following addresses as indicated:

**VIA E-FILING AND HAND DELIVERY**

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19899-1114

Kenneth Laurence Dorsney
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza
Wilmington, Delaware 19899-0951

and have sent by Federal Express to the following non-registered participant:

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg.
Washington, DC 20002-8004.

_____
Frederick L. Cottrell, III (#2555)

RLF1-3200114-1