IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Brimonidine Patent Litigation.    (    C.A. No.: 07-MD-1866 GMS

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Arthur L. Hoag to represent Defendants Exela PharmSci, Inc., Exela Pharm Sci Pvt. Ltd., Paddock Laboratories, Inc., and PharmaForce, Inc. in this matter.

                                            Frederick L. Cottrell, III (#2555)
                                            cottrell@rlf.com
                                            Kelly E. Farnan (#4395)
                                            farnan@rlf.com
                                            Richards, Layton & Finger
                                            One Rodney Square
                                            920 North King Street
                                            P.O. Box 551
                                            Wilmington, DE 19801
                                            (302) 651-7700
                                            *Attorneys for Defendants Exela PharmSci, Inc., Exela Pharm Sci Pvt. Ltd., Paddock Laboratories, Inc., and PharmaForce, Inc.*

Dated: September 26, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
                                                     United States District Judge

RLF1-3199882-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Arthur L. Hoag
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500
Email: ahoag@flhlaw.com

Dated: 9/21/07

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and to the following addresses as indicated:

**VIA E-FILING AND HAND DELIVERY**

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19899-1114

Kenneth Laurence Dorsney
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza
Wilmington, Delaware 19899-0951


and have sent by Federal Express to the following non-registered participant:

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg.
Washington, DC 20002-8004.

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com