IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BRIMONIDINE PATENT LITIGATION | MDL Docket No. 07-md-01866 GMS |

## MOTION FOR APPOINTMENT OF LEAD COUNSEL

Pursuant to the Court's November 15, 2007 Order (D.I. 8), Plaintiff, Allergan, Inc., through its undersigned counsel respectfully moves the court for an order appointing Fish & Richardson P.C., as lead and liaison counsel in the consolidated action and any subsequently filed related cases. Fish & Richardson is willing to commit to this responsibility, has professional experience in this type of ANDA-related patent litigation, and has access to sufficient resources to advance the litigation in a timely manner. Moreover, unlike some other multidistrict cases, here there is only a single plaintiff, so there will be no problems regarding coordination or cooperation. If the Court wishes, Allergan can designate a particular Fish & Richardson attorney or attorney(s) as lead counsel.

Dated:  November 30, 2007           FISH & RICHARDSON P.C.


By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607
Email:  marsden@fr.com
Email:  coletti@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
ALLERGAN, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed MOTION FOR APPOINTMENT OF LEAD COUNSEL with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following counsel.

**Richard L. Horwitz**
**Kenneth Laurence Dorsney**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951
Email: rhorwitz@potteranderson.com
Email: kdorsney@potteranderson.com

**Walter J. Kawula**
**James White**
**Robert Breisblatt**
**Sherry Rollo**
Welsh & Katz Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
Email: wjkawula@welshkatz.com
Email: jpwhite@welshkatz.com
Email: rbbreisblatt@welshkatz.com

**Frederick L. Cottrell, III**
**Kelly E. Farnan**
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
Email: cottrell@rlf.com
Email: farnan@rlf.com

**Barry S. White**
**Arthur L. Hoag**
**Brian J. Malkin**
**Daniel Brown**
**David Zwally**
**Omar Jabri**
Frommer Lawrence and Haug
745 Fifth Avenue
New York, NY 10151
Email: bwhite@flhlaw.com
Email: ahoag@flhlaw.com
Email: bmalkin@flhlaw.com
Email: dbrown@flhlaw.com
Email: dzwally@flhlaw.com
Email: Ojabri@flhlaw.com

**Roderick G. Dorman**
Hennigan Bennett & Dorman
865 South Figueroa Street , Suite 2900
Los Angeles, CA 90017
Email: dormanr@hbdlawyers.com

I hereby certify that on November 30, 2007, I have mailed by first class mail the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| **Jeffery N. Luthi** | **Mieke K. Malmberg** |
| Clerk, MDL Judicial Panel | Hennigan Bennett and Dorman |
| One Columbus Circle, N.E. | 865 South Figueroa Street, Suite 2900 |
| Room G-255, Federal Judiciary Bldg | Los Angeles, CA 90017 |
| Washington, DC 20002-8004 | |

    */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

BRIMONIDINE PATENT LITIGATION | MDL Docket No. 07-md-01866 GMS

**[PROPOSED] ORDER
FOR APPOINTMENT OF LEAD COUNSEL**

IT IS HEREBY ORDERED that Fish & Richardson P.C. is hereby appointed lead and liaison counsel for Plaintiff ALLERGAN, INC.

_____
Chief Judge Gregory M. Sleet