IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BRIMONIDINE PATENT LITIGATION<br><br>v. | C.A. No. 07-md-1866-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 11, 2008, a true and correct copy of (1) Allergan Inc.'s Second Set of Requests for Production to Defendants, Apotex, Inc. and Apotex Corp. and (2) Allergan Inc.'s Second Set of Requests for Production to Defendants, Exela Pharmsci, Inc. Exela Pharmsci PVT, LTd., Paddock Laboratories, Inc., and Pharmaforce, Inc. were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **BY FEDERAL EXPRESS**<br>Walter J. Kawula<br>Robert B. Breisblatt<br>A. Sidney Katz<br>James White<br>Sherry Rollo<br>Welsh & Katz, Ltd.<br>120 South Riverside Plaza, 22nd Floor<br>Chicago, IL  60606 | Attorneys for Defendant<br>APOTEX INC. AND APOTEX CORP. |
| **BY HAND DELIVERY**<br>Richard L. Horwitz<br>Kenneth L. Dorsney<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE  19899 | Attorneys for Defendant<br>APOTEX INC. AND APOTEX CORP. |

| | |
|---|---|
| **BY HAND DELIVERY**<br>Frederick L. Cottrell, III<br>Kelly E. Farnan<br>Omar Jabri<br>Richard, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19899 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA<br>PHARMSCI PVT., LTD., PADDOCK<br>LABORATORIES and<br>PHARMAFORCE, INC. |
| **BY FEDERAL EXPRESS**<br>Roderick G. Dorman<br>Mieke Malmberg<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA<br>PHARMSCI PVT., LTD., PADDOCK<br>LABORATORIES and<br>PHARMAFORCE, INC. |
| **BY FEDERAL EXPRESS**<br>Daniel G. Brown<br>Arthur L. Hoag<br>Barry S. White<br>David A. Zwally<br>Brian J. Malkin<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York 10151 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA<br>PHARMSCI PVT., LTD., PADDOCK<br>LABORATORIES and<br>PHARMAFORCE, INC. |

Dated: February 20, 2008          FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Email: marsden@fr.com

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070

> Juanita Brooks
> FISH & RICHARDSON P.C.
> 12390 El Camino Real
> San Diego, CA 92130
> Telephone: (858) 678-5070
>
> W. Chad Shear
> FISH & RICHARDSON P.C.
> 1717 Main Street, Suite 5000
> Dallas, TX 75201
> Telephone: (214) 747-5070

Attorneys for Plaintiff
ALLERGAN, INC.

80055918.doc

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

| | |
|---|---|
| Walter J. Kawula<br>Robert B. Breisblatt<br>A. Sidney Katz<br>James White<br>Sherry Rollo<br>Welsh & Katz, Ltd.<br>120 South Riverside Plaza, 22nd Floor<br>Chicago, IL  60606 | Attorneys for Defendant<br>APOTEX INC. AND APOTEX CORP. |
| Richard L. Horwitz<br>Kenneth L. Dorsney<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE  19899 | Attorneys for Defendant<br>APOTEX INC. AND APOTEX CORP. |
| Frederick L. Cottrell, III<br>Kelly E. Farnan<br>Omar Jabri<br>Richard, Layton & Finger<br>One Rodney Square<br>Wilmington, DE  19899 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |
| Roderick G. Dorman<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA  90017 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |
| Daniel G. Brown<br>Arthur L. Hoag<br>David A. Zwally<br>Brian J. Malkin<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York 10151 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |

      /s/ William J. Marsden, Jr.
      William J. Marsden, Jr.

80055918.doc