IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BRIMONIDINE PATENT LITIGATION<br><br>v. | C.A. No. 07-md-1866-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 20, 2008, a true and correct copy of (1) Allergan Inc.'s First Set Of Interrogatories To Defendants Exela Pharmsci, Inc., Exela Pharmsci Pvt, Ltd., Paddock Laboratories, Inc. And Pharmaforce, Inc. and (2) Allergan Inc.'s First Set Of Interrogatories To Defendants Apotex, Inc. And Apotex, Corp. were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY FEDERAL EXPRESS**
Walter J. Kawula
Robert B. Breisblatt
A. Sidney Katz
James White
Sherry Rollo
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606

Attorneys for Defendant
APOTEX INC. AND APOTEX CORP.

**BY HAND DELIVERY**
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE  19899

Attorneys for Defendant
APOTEX INC. AND APOTEX CORP.

**BY HAND DELIVERY**
Frederick L. Cottrell, III
Kelly E. Farnan
Omar Jabri
Richard, Layton & Finger
One Rodney Square
Wilmington, DE  19899

Attorneys for Defendants
EXELA PHARMSCI, INC., EXELA
PHARMSCI PVT., LTD., PADDOCK
LABORATORIES and
PHARMAFORCE, INC.

| | |
|---|---|
| **BY FEDERAL EXPRESS**<br>Roderick G. Dorman<br>Mieke Malmberg<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA<br>PHARMSCI PVT., LTD., PADDOCK<br>LABORATORIES and<br>PHARMAFORCE, INC. |
| **BY FEDERAL EXPRESS**<br>Daniel G. Brown<br>Arthur L. Hoag<br>Barry S. White<br>David A. Zwally<br>Brian J. Malkin<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York 10151 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA<br>PHARMSCI PVT., LTD., PADDOCK<br>LABORATORIES and<br>PHARMAFORCE, INC. |

Dated: February 20, 2008        FISH & RICHARDSON P.C.


By: /s/ *William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070
    Email: marsden@fr.com

    Of Counsel:

    Jonathan E. Singer
    Michael J. Kane
    Deanna J. Reichel
    FISH & RICHARDSON P.C.
    60 South Sixth Street, Suite 3300
    Minneapolis, MN 55402
    Telephone: (612) 335-5070


    Juanita Brooks
    FISH & RICHARDSON P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070

    W. Chad Shear

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

Attorneys for Plaintiff
ALLERGAN, INC.

80055918.doc

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

| | |
|---|---|
| Walter J. Kawula<br>Robert B. Breisblatt<br>A. Sidney Katz<br>James White<br>Sherry Rollo<br>Welsh & Katz, Ltd.<br>120 South Riverside Plaza, 22nd Floor<br>Chicago, IL 60606 | Attorneys for Defendant<br>APOTEX INC. AND APOTEX CORP. |
| Richard L. Horwitz<br>Kenneth L. Dorsney<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19899 | Attorneys for Defendant<br>APOTEX INC. AND APOTEX CORP. |
| Frederick L. Cottrell, III<br>Kelly E. Farnan<br>Omar Jabri<br>Richard, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19899 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |
| Roderick G. Dorman<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |
| Daniel G. Brown<br>Arthur L. Hoag<br>David A. Zwally<br>Brian J. Malkin<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York 10151 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.