IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: BRIMONIDINE PATENT LITIGATION ) ) ) ) ) ) ) ) | MDL Docket No. 07-md-1866 (GMS) |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on February 22, 2008, Defendant Exela Pharmsci, Inc., Exela Pharmsci Pvt. Ltd., Paddock Laboratories, Inc., and Pharmaforce, Inc.'s Rule 26(a)(1) Initial Disclosures was served upon the below-named counsel of record in the manner and at the addresses indicated:

**VIA E-FILING AND HAND DELIVERY:**

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19899-1114

Richard L. Horwitz
Kenneth Laurence Dorsney
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza
Wilmington, Delaware 19899-0951

**VIA FEDERAL EXPRESS:**

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg.
Washington, DC 20002-8004

Juanita R. Brooks
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130-2081

Douglas S. Ingram
Allergan Inc.
2525 DuPont Drive
Irvine, CA 92612

William C. Shear
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201

RLF1-3256362-1

-2-

                        Walter J. Kawula
                        James White
                        Robert Breisblatt
                        Sherry Rollo
                        Welsh & Katz Ltd
                        120 South Rivreside Plaza, 22nd Floor
                        Chicago, IL   60606

_____
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware  19801
(302) 651-7700
Cottrell@rlf.com
Farnan@rlf.com

OF COUNSEL:
Daniel G. Brown
Arthur L. Hoag
Barry S. White
David A. Zwally
Brian J. Malkin
745 Fifth Avenue
New York, New York  10151
(212) 588-0800

Dated:  February 22, 2008

*Attorneys for Defendants*
*Exela Pharmsci, Inc., Exela Pharmsci Pvt.*
*Ltd., Paddock Laboratories, Inc., and*
*Pharmaforce, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and to the following addresses as indicated:

### VIA E-FILING AND HAND DELIVERY

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19899-1114

Richard L. Horwitz
Kenneth Laurence Dorsney
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza
Wilmington, Delaware 19899-0951

and have sent by Federal Express to the following non-registered participants:

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg.
Washington, DC 20002-8004

Juanita R. Brooks
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130-2081

Douglas S. Ingram
Allergan Inc.
2525 DuPont Drive
Irvine, CA 92612

William C. Shear
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201

Walter J. Kawula
James White
Robert Breisblatt
Sherry Rollo
Welsh & Katz Ltd
120 South Rivreside Plaza, 22nd Floor
Chicago, IL 60606

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com