IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BRIMONIDINE PATENT LITIGATION<br><br>v. | C.A. No. 07-md-1866-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 20, 2008, a true and correct copy of (1) PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1) TO DEFENDANTS EXELA PHARMSCI, INC., EXELA PHARMSCI PVT, LTD., PADDOCK LABORATORIES, INC., AND PHARMAFORCE, INC. and (2) PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1) TO APOTEX, INC. AND APOTEX, CORP.were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **BY FEDERAL EXPRESS**<br>Walter J. Kawula<br>Robert B. Breisblatt<br>A. Sidney Katz<br>James White<br>Sherry Rollo<br>Welsh & Katz, Ltd.<br>120 South Riverside Plaza, 22nd Floor<br>Chicago, IL  60606 | Attorneys for Defendant<br>APOTEX INC. AND APOTEX CORP. |
| **BY HAND DELIVERY**<br>Richard L. Horwitz<br>Kenneth L. Dorsney<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE  19899 | Attorneys for Defendant<br>APOTEX INC. AND APOTEX CORP. |

| | |
|---|---|
| **BY HAND DELIVERY**<br>Frederick L. Cottrell, III<br>Kelly E. Farnan<br>Richard, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19899 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |
| **BY FEDERAL EXPRESS**<br>Roderick G. Dorman<br>Mieke Malmberg<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |
| **BY FEDERAL EXPRESS**<br>Daniel G. Brown<br>Arthur L. Hoag<br>Barry S. White<br>David A. Zwally<br>Brian J. Malkin<br>Omar Jabri<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York 10151 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |

Dated: February 22, 2008            FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
      William J. Marsden, Jr. (#2247)
      919 N. Market Street, Suite 1100
      P.O. Box 1114
      Wilmington, DE 19899-1114
      Telephone: (302) 652-5070
      Email: marsden@fr.com

      Of Counsel:

      Jonathan E. Singer
      Michael J. Kane
      Deanna J. Reichel
      FISH & RICHARDSON P.C.
      60 South Sixth Street, Suite 3300
      Minneapolis, MN 55402
      Telephone: (612) 335-5070

        Juanita Brooks
        FISH & RICHARDSON P.C.
        12390 El Camino Real
        San Diego, CA 92130
        Telephone:  (858) 678-5070

        W. Chad Shear
        FISH & RICHARDSON P.C.
        1717 Main Street, Suite 5000
        Dallas, TX 75201
        Telephone: (214) 747-5070

Attorneys for Plaintiff
ALLERGAN, INC.

80056108.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

| | |
|---|---|
| Walter J. Kawula<br>Robert B. Breisblatt<br>A. Sidney Katz<br>James White<br>Sherry Rollo<br>Welsh & Katz, Ltd.<br>120 South Riverside Plaza, 22nd Floor<br>Chicago, IL  60606 | Attorneys for Defendant<br>APOTEX INC. AND APOTEX CORP. |
| Richard L. Horwitz<br>Kenneth L. Dorsney<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, DE  19899 | Attorneys for Defendant<br>APOTEX INC. AND APOTEX CORP. |
| Frederick L. Cottrell, III<br>Kelly E. Farnan<br>Richard, Layton & Finger<br>One Rodney Square<br>Wilmington, DE  19899 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |
| Roderick G. Dorman<br>Hennigan, Bennett & Dorman LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA  90017 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |
| Daniel G. Brown<br>Arthur L. Hoag<br>David A. Zwally<br>Brian J. Malkin<br>Omar Jabri<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York 10151 | Attorneys for Defendants<br>EXELA PHARMSCI, INC., EXELA PHARMSCI PVT., LTD., PADDOCK LABORATORIES and PHARMAFORCE, INC. |

                                           */s/ William J. Marsden, Jr.*
                                           William J. Marsden, Jr.

80056108.doc