**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:  BRIMONIDINE PATENT
LITIGATION

)
)
)
)
)
)

C.A. No. 07-MD-01866 GMS

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Apotex, Inc. and Apotex Corp., hereby certifies

that copies of the following document(s) were caused to be served on February 22, 2008, upon

the following attorneys of record at the following addresses as indicated:

DEFENDANTS APOTEX INC.'S AND APOTEX CORP.'S
SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES

## VIA ELECTRONIC MAIL

Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware  19899
cottrell@rlf.com
Farnan@rlf.com

Barry S. White
Daniel G. Brown
Arthur L. Hoag
David A. Zwally
Brian J. Malkin
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York  10151
bwhite@flhlaw.com
dbrown@flhlaw.com
ahoag@flhlaw.com
dzwally@flhlaw.com
bmalkin@flhlaw.com

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com
coletti@fr.com

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
brooks@fr.com

William Chad Shear
Fish and Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com


Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sicth Street
Minneapolis, MN  55402
singer@fr.com
kane@fr.com
reichel@fr.com

Roderick G. Dorman
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
dormanr@hbdlawyers.com

## VIA FIRST CLASS MAIL

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Feder Judiciary Bldg.
Washington, DC  20002-8004

Mieke K. Malmberg
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017


OF COUNSEL:

A. Sidney Katz
Robert B. Breisblatt
James P. White
Walter J. Kawula, Jr.
Michael A. Krol
Sherry L. Rollo
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel:  (312) 655-1500

Dated:  February 22, 2008
850404 / 31920 (MDL)

POTTER ANDERSON & CORROON LLP


By:  */s/ Richard L. Horwitz*
     Richard L. Horwitz (#2246)
     Kenneth L. Dorsney (#3726)
     Hercules Plaza 6th Floor
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE  19899
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     kdorsney@potteranderson.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on February 22, 2008, the attached document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification

to the registered attorney(s) of record that the document has been filed and is available for

viewing and downloading.

I further certify that on February 22, 2008, the attached document has been Electronically

Mailed to the following person(s):

Frederick L. Cottrell III (#2555)
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware  19899
cottrell@rlf.com
Farnan@rlf.com

Barry S. White
Daniel G. Brown
Arthur L. Hoag
David A. Zwally
Brian J. Malkin
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York  10151
bwhite@flhlaw.com
dbrown@flhlaw.com
ahoag@flhlaw.com
dzwally@flhlaw.com
bmalkin@flhlaw.com

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com
coletti@fr.com

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
brooks@fr.com

William Chad Shear
Fish and Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sicth Street
Minneapolis, MN  55402
singer@fr.com
kane@fr.com
reichel@fr.com

Roderick G. Dorman
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
dormanr@hbdlawyers.com

     I further certify that on February 22, 2008, the attached document has been mailed via

First Class Mail to the following person(s):

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Feder Judiciary Bldg.
Washington, DC  20002-8004

Mieke K. Malmberg
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017

    By:  */s/ Richard L. Horwitz*
        Richard L. Horwitz
        Kenneth L. Dorsney
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, Delaware 19899-0951
        (302) 984-6000
        rhorwitz@potteranderson.com
        kdorsney@potteranderson.com

834839 / 31920

2