## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: BRIMONIDINE PATENT LITIGATION | ) ) ) ) ) | C.A. No. 07-MD-01866 GMS |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants Apotex, Inc. and Apotex Corp., hereby certifies that copies of the following document(s) were caused to be served on March 12, 2008, upon the following attorneys of record at the following addresses as indicated:

DEFENDANTS' RESPONSES AND OBJECTIONS TO ALLERGAN INC.'S
SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

Frederick L. Cottrell III
Kelly E. Farnan
Omar Jabri
Richards Layton & Finger
One Rodney Square
Wilmington, Delaware  19899
cottrell@rlf.com
Farnan@rlf.com
jabri@rlf.com

Roderick G. Dorman
Mieke Malmberg
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
dormanr@hbdlawyers.com

Barry S. White
Daniel G. Brown
Arthur L. Hoag
David A. Zwally
Brian J. Malkin
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
bwhite@flhlaw.com
dbrown@flhlaw.com
ahoag@flhlaw.com
dzwally@flhlaw.com
bmalkin@flhlaw.com

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sicth Street
Minneapolis, MN 55402
singer@fr.com
kane@fr.com
reichel@fr.com

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
brooks@fr.com

OF COUNSEL:

A. Sidney Katz
Robert B. Breisblatt
James P. White
Walter J. Kawula, Jr.
Michael A. Krol
Sherry L. Rollo
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel: (312) 655-1500

Dated: March 13, 2008
854617 / 31920 (MDL)

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
　　　Richard L. Horwitz (#2246)
　　　David E. Moore (#3983)
　　　Hercules Plaza 6th Floor
　　　1313 N. Market Street
　　　P.O. Box 951
　　　Wilmington, DE 19899
　　　Tel: (302) 984-6000
　　　rhorwitz@potteranderson.com
　　　kdorsney@potteranderson.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 13, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 13, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>cottrell@rlf.com<br>Farnan@rlf.com | William J. Marsden, Jr.<br>Susan M. Coletti<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>marsden@fr.com<br>coletti@fr.com |
| William Chad Shear<br>Fish and Richardson P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>czs@fr.com | Juanita Brooks<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>brooks@fr.com |
| Barry S. White<br>Daniel G. Brown<br>Arthur L. Hoag<br>David A. Zwally<br>Brian J. Malkin<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York 10151<br>bwhite@flhlaw.com<br>dbrown@flhlaw.com<br>ahoag@flhlaw.com<br>dzwally@flhlaw.com<br>bmalkin@flhlaw.com | Jonathan E. Singer<br>Michael J. Kane<br>Deanna J. Reichel<br>Fish & Richardson P.C.<br>300 Dain Rauscher Plaza<br>60 South Sicth Street<br>Minneapolis, MN 55402<br>singer@fr.com<br>kane@fr.com<br>reichel@fr.com |

Roderick G. Dorman
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
dormanr@hbdlawyers.com

    I further certify that on March 13, 2008, the attached document was sent via First Class Mail to the following person(s):

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Feder Judiciary Bldg.
Washington, DC 20002-8004

Mieke K. Malmberg
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

834839 / 31920 / MDL