IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: BRIMONIDINE PATENT LITIGATION | ) ) ) C.A. No. 07-MD-01866 GMS ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Apotex, Inc. and Apotex Corp., hereby certifies that copies of the following document(s) were caused to be served on March 13, 2008, upon the following attorneys of record at the following addresses as indicated:

DEFENDANTS' JOINT SET OF INTERROGATORIES TO PLAINTIFF

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Frederick L. Cottrell III
Kelly E. Farnan
Richards Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware 19899
cottrell@rlf.com
Farnan@rlf.com

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com
coletti@fr.com

**VIA ELECTRONIC MAIL**

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
brooks@fr.com

| | |
|---|---|
| Barry S. White<br>Daniel G. Brown<br>Arthur L. Hoag<br>David A. Zwally<br>Brian J. Malkin<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York  10151<br>bwhite@flhlaw.com<br>dbrown@flhlaw.com<br>ahoag@flhlaw.com<br>dzwally@flhlaw.com<br>bmalkin@flhlaw.com | Jonathan E. Singer<br>Michael J. Kane<br>Deanna J. Reichel<br>Fish & Richardson P.C.<br>300 Dain Rauscher Plaza<br>60 South Sicth Street<br>Minneapolis, MN  55402<br>singer@fr.com<br>kane@fr.com<br>reichel@fr.com |

Roderick G. Dorman
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
dormanr@hbdlawyers.com

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Jeffrey N. Luthi<br>Clerk, MDL Judicial Panel<br>One Columbus Circle, N.E.<br>Room G-255, Feder Judiciary Bldg.<br>Washington, DC  20002-8004 | Mieke K. Malmberg<br>Hennigan Bennett & Dorman<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA  90017 |

| | |
|---|---|
| OF COUNSEL:<br><br>A. Sidney Katz<br>Robert B. Breisblatt<br>James P. White<br>Walter J. Kawula, Jr.<br>Michael A. Krol<br>Sherry L. Rollo<br>WELSH & KATZ, LTD.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606<br>Tel:  (312) 655-1500<br><br>Dated:  March 13, 2008<br>854638 / 31920 (MDL) | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>      Richard L. Horwitz (#2246)<br>      David E. Moore (#3983)<br>      Hercules Plaza 6th Floor<br>      1313 N. Market Street<br>      P.O. Box 951<br>      Wilmington, DE  19899<br>      Tel:  (302) 984-6000<br>      rhorwitz@potteranderson.com<br>      dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Apotex Inc. and Apotex Corp.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 13, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 13, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>cottrell@rlf.com<br>Farnan@rlf.com | William J. Marsden, Jr.<br>Susan M. Coletti<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>marsden@fr.com<br>coletti@fr.com |
| William Chad Shear<br>Fish and Richardson P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>czs@fr.com | Juanita Brooks<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>brooks@fr.com |
| Barry S. White<br>Daniel G. Brown<br>Arthur L. Hoag<br>David A. Zwally<br>Brian J. Malkin<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York 10151<br>bwhite@flhlaw.com<br>dbrown@flhlaw.com<br>ahoag@flhlaw.com<br>dzwally@flhlaw.com<br>bmalkin@flhlaw.com | Jonathan E. Singer<br>Michael J. Kane<br>Deanna J. Reichel<br>Fish & Richardson P.C.<br>300 Dain Rauscher Plaza<br>60 South Sicth Street<br>Minneapolis, MN 55402<br>singer@fr.com<br>kane@fr.com<br>reichel@fr.com |

Roderick G. Dorman
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
dormanr@hbdlawyers.com


I further certify that on March 13, 2008, the attached document was sent via First Class Mail to the following person(s):

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Feder Judiciary Bldg.
Washington, DC 20002-8004

Mieke K. Malmberg
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017


By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com


834839 / 31920 / MDL