IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: BRIMONIDINE PATENT LITIGATION ) ) ) ) ) ) ) ) | MDL Docket No. 07-md-1866 (GMS) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 26, 2008, California Defendants' Responses To Allergan's First Set Of Interrogatories were served upon the below-named counsel of record in the manner and at the addresses indicated:

### VIA ELECTRONIC MAIL AND HAND DELIVERY:

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19899-1114

### VIA ELECTRONIC MAIL:

Juanita R. Brooks
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130-2081

William C. Shear
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201

**PLEASE ALSO TAKE NOTICE** that on March 26, 2008, California Defendants' Responses And Objections To Allergan's Second Set Of Requests For Production Of Documents And Things and California Defendants' Redacted Responses To Allergan's First Set Of

RLF1-3266621-1

Interrogatories was served upon the below-named counsel of record in the manner and at the addresses indicated:

**VIA ELECTRONIC MAIL AND HAND DELIVERY:**

Richard L. Horwitz
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza
Wilmington, Delaware 19899-0951

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19899-1114

**VIA ELECTRONIC MAIL:**

Walter J. Kawula
James White
Robert Breisblatt
Sherry Rollo
Welsh & Katz Ltd
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

William C. Shear
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201

Juanita R. Brooks
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130-2081

OF COUNSEL:

Daniel G. Brown
Arthur L. Hoag
Barry S. White
David A. Zwally
Brian J. Malkin
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Dated: March 26, 2008

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com

*Attorneys for Defendants Exela Pharmsci, Inc., Exela Pharmsci Pvt. Ltd., Paddock Laboratories, Inc., and Pharmaforce, Inc.*