IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: BRIMONIDINE PATENT LITIGATION | ) ) ) C.A. No. 07-MD-01866-GMS ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Apotex, Inc. and Apotex Corp., hereby certifies that copies of the following document(s) were caused to be served on April 2, 2008, upon the following attorneys of record at the following addresses as indicated:

APOTEX INC.'S AND APOTEX CORP.'S AMENDED RESPONSES AND
OBJECTIONS TO ALLERGAN INC.'S FIRST SET OF INTERROGATORIES

### VIA HAND DELIVERY AND ELECTRONIC MAIL

Frederick L. Cottrell III
Kelly E. Farnan
Richards Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware 19899
cottrell@rlf.com
Farnan@rlf.com

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com
coletti@fr.com

### VIA ELECTRONIC MAIL

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
brooks@fr.com

Barry S. White
Daniel G. Brown
Arthur L. Hoag
David A. Zwally
Brian J. Malkin
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
bwhite@flhlaw.com
dbrown@flhlaw.com
ahoag@flhlaw.com
dzwally@flhlaw.com
bmalkin@flhlaw.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sicth Street
Minneapolis, MN  55402
singer@fr.com
kane@fr.com
reichel@fr.com

Roderick G. Dorman
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
dormanr@hbdlawyers.com

**VIA FIRST CLASS MAIL**

Mieke K. Malmberg
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017

| | |
|---|---|
| OF COUNSEL:<br><br>A. Sidney Katz<br>James P. White<br>Walter J. Kawula, Jr.<br>Michael A. Krol<br>Sherry L. Rollo<br>WELSH & KATZ, LTD.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606<br>Tel: (312) 655-1500<br><br>Robert B. Breisblatt<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>Tel: (312) 902-5480<br><br>Dated: April 2, 2008<br>858399 / 31920 (MDL) | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Apotex Inc. and Apotex Corp.* |