IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: BRIMONIDINE PATENT LITIGATION | ) ) ) C.A. No. 07-MD-01866-GMS ) ) |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

PLEASE TAKE NOTICE of the change of firm and address, effective today, for Robert B. Breisblatt, who has been admitted pro hac vice to represent Defendants Apotex Inc. and Apotex Corp. in this matter. All other attorneys involved in the case from Welsh & Katz, Ltd. and Potter Anderson & Corroon LLP continue to represent Defendants.

                      Robert B. Breisblatt
                      Katten Muchin Rosenman LLP
                      525 West Monroe Street
                      Chicago, Illinois 60661-3693
                      (312) 902-5480
                      robert.breisblatt@kattenlaw.com

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| A. Sidney Katz<br>James P. White<br>Walter J. Kawula, Jr.<br>Michael A. Krol<br>Sherry L. Rollo<br>WELSH & KATZ, LTD.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606<br>Tel: (312) 655-1500<br><br>Robert B. Breisblatt<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>Tel: (312) 902-5480 | By: _/s/ Richard L. Horwitz_<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Apotex Inc. and Apotex Corp.* |

Dated: April 4, 2008
858278 / 31920 (MDL)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on April 4, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 4, 2008, the attached document was Electronically Mailed to the following person(s):

Frederick L. Cottrell III
Kelly E. Farnan
Richards Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware 19899
cottrell@rlf.com
Farnan@rlf.com

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com
coletti@fr.com

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
brooks@fr.com

Barry S. White
Daniel G. Brown
Arthur L. Hoag
David A. Zwally
Brian J. Malkin
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
bwhite@flhlaw.com
dbrown@flhlaw.com
ahoag@flhlaw.com
dzwally@flhlaw.com
bmalkin@flhlaw.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sicth Street
Minneapolis, MN 55402
singer@fr.com
kane@fr.com
reichel@fr.com

Roderick G. Dorman
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
dormanr@hbdlawyers.com

      I further certify that on April 4, 2008, the attached document was sent via First Class Mail to the following person(s):

| | |
|---|---|
| Jeffrey N. Luthi<br>Clerk, MDL Judicial Panel<br>One Columbus Circle, N.E.<br>Room G-255, Feder Judiciary Bldg.<br>Washington, DC  20002-8004 | Mieke K. Malmberg<br>Hennigan Bennett & Dorman<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA  90017 |

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

834839 / 31920 / MDL