IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

BRIMONIDINE PATENT LITIGATION

v.

C.A. No. 07-md-1866-GMS

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 14, 2008, a true and correct copy of (1) ALLERGAN INC.'S ANSWERS TO DEFENDANTS' JOINT SET OF INTERROGATORIES TO PLAINTIFF were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL AND FEDERAL EXPRESS**
Walter J. Kawula
Sherry Rollo
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

**VIA EMAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Kelly E. Farnan
Richard, Layton & Finger
One Rodney Square
Wilmington, DE 19899

**VIA EMAIL AND FEDERAL EXPRESS**
Roderick G. Dorman
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

**VIA EMAIL AND HAND DELIVERY**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19899

**VIA EMAIL AND FEDERAL EXPRESS**
Daniel G. Brown
Arthur L. Hoag
David A. Zwally
Brian J. Malkin
Omar Jabri
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

**VIA EMAIL AND FEDERAL EXPRESS**
Robert B. Breisblatt
Jeremy C. Daniel
Joanna R. Stevason
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL 60601-3693

Dated: April 14, 2008              FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Email: marsden@fr.com

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

W. Chad Shear
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

Attorneys for Plaintiff
ALLERGAN, INC.

80058047.doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I electronically filed with the Clerk of Court the Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

**VIA EMAIL AND FEDERAL EXPRESS**
Walter J. Kawula
Sherry Rollo
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

**VIA EMAIL AND HAND DELIVERY**
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19899

**VIA EMAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Kelly E. Farnan
Richard, Layton & Finger
One Rodney Square
Wilmington, DE 19899

**VIA EMAIL AND FEDERAL EXPRESS**
Daniel G. Brown
Arthur L. Hoag
David A. Zwally
Brian J. Malkin
Omar Jabri
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

**VIA EMAIL AND FEDERAL EXPRESS**
Roderick G. Dorman
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

**VIA EMAIL AND FEDERAL EXPRESS**
Robert B. Breisblatt
Jeremy C. Daniel
Joanna R. Stevason
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL 60601-3693

_____
Susan M. Coletti

80058047.doc