IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: BRIMONIDINE PATENT LITIGATION | ) ) ) C.A. No. 07-MD-01866-GMS ) ) ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants Apotex, Inc. and Apotex Corp., hereby certifies that copies of the following document(s) were caused to be served on April 25, 2008, upon the following attorneys of record at the following addresses as indicated:

CLAIM CHARTS OF DEFENDANTS APOTEX, INC. AND APOTEX CORP.

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Frederick L. Cottrell III
Kelly E. Farnan
Richards Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware 19899
cottrell@rlf.com
Farnan@rlf.com

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com
coletti@fr.com

**VIA ELECTRONIC MAIL**

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
brooks@fr.com

Barry S. White
Daniel G. Brown
Arthur L. Hoag
David A. Zwally
Brian J. Malkin
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
bwhite@flhlaw.com
dbrown@flhlaw.com
ahoag@flhlaw.com
dzwally@flhlaw.com
bmalkin@flhlaw.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sicth Street
Minneapolis, MN  55402
singer@fr.com
kane@fr.com
reichel@fr.com

Roderick G. Dorman
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
dormanr@hbdlawyers.com

**VIA FIRST CLASS MAIL**

Mieke K. Malmberg
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017

OF COUNSEL:

Robert B. Breisblatt
Joanna R. Stevason
Jeremy C. Daniel
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Tel: (312) 902-5480

Dated: April 25, 2008
861844 / 31920 (MDL)

POTTER ANDERSON & CORROON LLP

By: /s/ *David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 25, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 25, 2008, the attached document was Electronically Mailed to the following person(s):

Frederick L. Cottrell III
Kelly E. Farnan
Richards Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware  19899
cottrell@rlf.com
Farnan@rlf.com

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Barry S. White
Daniel G. Brown
Arthur L. Hoag
David A. Zwally
Brian J. Malkin
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
bwhite@flhlaw.com
dbrown@flhlaw.com
ahoag@flhlaw.com
dzwally@flhlaw.com
bmalkin@flhlaw.com

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com
coletti@fr.com

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
brooks@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sicth Street
Minneapolis, MN  55402
singer@fr.com
kane@fr.com
reichel@fr.com

Roderick G. Dorman
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
dormanr@hbdlawyers.com

      I further certify that on April 25, 2008, the attached document was sent via First Class Mail to the following person(s):

| | |
|---|---|
| Jeffrey N. Luthi<br>Clerk, MDL Judicial Panel<br>One Columbus Circle, N.E.<br>Room G-255, Feder Judiciary Bldg.<br>Washington, DC 20002-8004 | Mieke K. Malmberg<br>Hennigan Bennett & Dorman<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 |

      By: /s/ David E. Moore
           Richard L. Horwitz
           David E. Moore
           Hercules Plaza, 6th Floor
           1313 N. Market Street
           Wilmington, Delaware 19899-0951
           (302) 984-6000
           rhorwitz@potteranderson.com
           dmoore@potteranderson.com

834839 / 31920 / MDL