IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
BRIMONIDINE PATENT LITIGATION           MDL Docket No. 07-md-01866 GMS

## NOTICE OF SERVICE

I HEREBY CERTIFY that on April 25, 2008 copies of Exela Defendants' Claim Chart were served upon the following counsel of record at the addresses and in the manner indicated:

**VIA ELECTRONIC MAIL AND HAND DELIVERY**

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19899-1114

Richard L. Horwitz
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza
Wilmington, Delaware 19899-0951

**VIA ELECTRONIC MAIL**

Juanita R. Brooks
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130-2081

Walter J. Kawula
James White
Sherry Rollo
Welsh & Katz Ltd
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606

William C. Shear
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201

RLF1-3277323-1

**VIA ELECTRONIC MAIL**

Jonathan E. Singer  
Michael J. Kane  
Fish & Richardson  
60 South Sixth Street, Suite 3300  
Minneapolis, MN 55402

Robert B. Breisblatt  
Katten Muchin Rosenmann LLP  
525 West Monroe Street  
Chicago, IL 60601-3693

Of Counsel:

Daniel G. Brown  
Arthur L. Hoag  
Barry S. White  
David A. Zwally  
Brian J. Malkin  
Frommer Lawrence & Haug LLP  
745 Fifth Avenue  
New York, New York 10151  
Tel.: (212) 588-0800  
Fax: (212) 588-0500

*/s/ Kelly E. Farnan*  
Frederick L. Cottrell III (#2555)  
Kelly E. Farnan (#4395)  
Richards, Layton & Finger  
One Rodney Square  
920 North King Street  
P.O. Box 551  
Wilmington, Delaware 19801  
Tel.: (302) 651-7700  
Fax: (302) 651-7701  
cottrell@rlf.com  
farnan@rlf.com

*Attorneys for Defendants*  
*Exela PharmSci, Inc.*  
*Exela Pharm Sci, Pvt. Ltd.,*  
*Paddock Laboratories, Inc.,*  
*and PharmaForce, Inc.*

Dated: April 28, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the addresses and in the manner indicated below:

**E-MAIL AND HAND DELIVERY**

| | |
|---|---|
| William J. Marsden, Jr. | Richard L. Horwitz |
| Fish & Richardson, P.C. | Potter, Anderson & Corroon, LLP |
| 919 N. Market Street, Suite 1100 | 1313 N. Market Street |
| Wilmington, Delaware 19899-1114 | Hercules Plaza |
| | Wilmington, Delaware 19899-0951 |

I further certify that on April 28, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**E-MAIL**

| | |
|---|---|
| Juanita R. Brooks | Walter J. Kawula |
| Fish & Richardson | James White |
| 12390 El Camino Real | Sherry Rollo |
| San Diego, CA 92130-2081 | Welsh & Katz Ltd |
| | 120 South Riverside Plaza, 22nd Floor |
| William C. Shear | Chicago, IL 60606 |
| Fish & Richardson | |
| 1717 Main Street, Suite 5000 | |
| Dallas, TX 75201 | Robert B. Breisblatt |
| | Katten Muchin Rosenmann LLP |
| Jonathan E. Singer | 525 West Monroe Street |
| Michael J. Kane | Chicago, IL 60601-3693 |
| Fish & Richardson | |
| 60 South Sixth Street, Suite 3300 | |
| Minneapolis, MN 55402 | |

_Kelly E. Farnan_
Kelly E. Farnan (#4395)

RLF1-3155985-1