# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: BRIMONIDINE PATENT LITIGATION | ) ) ) C.A. No. 07-MD-01866-GMS ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Apotex, Inc. and Apotex Corp., hereby certifies that copies of the following document(s) were caused to be served on July 9, 2008, upon the following attorneys of record at the following addresses as indicated:

APOTEX'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Frederick L. Cottrell III
Kelly E. Farnan
Richards Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware 19899
cottrell@rlf.com
Farnan@rlf.com

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com
coletti@fr.com

**VIA ELECTRONIC MAIL**

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
brooks@fr.com

Barry S. White  
Daniel G. Brown  
Arthur L. Hoag  
David A. Zwally  
Brian J. Malkin  
Frommer Lawrence & Haug LLP  
745 Fifth Avenue  
New York, New York 10151  
bwhite@flhlaw.com  
dbrown@flhlaw.com  
ahoag@flhlaw.com  
dzwally@flhlaw.com  
bmalkin@flhlaw.com  

Roderick G. Dorman  
Hennigan Bennett & Dorman  
865 South Figueroa Street, Suite 2900  
Los Angeles, CA 90017  
dormanr@hbdlawyers.com  

**VIA FIRST CLASS MAIL**

Mieke K. Malmberg  
Hennigan Bennett & Dorman  
865 South Figueroa Street, Suite 2900  
Los Angeles, CA 90017  

Jonathan E. Singer  
Michael J. Kane  
Deanna J. Reichel  
Fish & Richardson P.C.  
300 Dain Rauscher Plaza  
60 South Sicth Street  
Minneapolis, MN 55402  
singer@fr.com  
kane@fr.com  
reichel@fr.com  

---

OF COUNSEL:

Robert B. Breisblatt  
Joanna R. Stevason  
Jeremy C. Daniel  
KATTEN MUCHIN ROSENMAN LLP  
525 West Monroe Street  
Chicago, Illinois 60661-3693  
Tel: (312) 902-5480  

Dated: July 9, 2008  
873402 / 31920 (MDL)  

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore  
    Richard L. Horwitz (#2246)  
    David E. Moore (#3983)  
    Hercules Plaza 6th Floor  
    1313 N. Market Street  
    P.O. Box 951  
    Wilmington, DE 19899  
    Tel: (302) 984-6000  
    rhorwitz@potteranderson.com  
    dmoore@potteranderson.com  

*Attorneys for Defendants*  
*Apotex Inc. and Apotex Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 9, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 9, 2008, the attached document was Electronically Mailed to the following person(s):

Frederick L. Cottrell III
Kelly E. Farnan
Richards Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware 19899
cottrell@rlf.com
Farnan@rlf.com

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com
coletti@fr.com

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Juanita Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
brooks@fr.com

Barry S. White
Daniel G. Brown
Arthur L. Hoag
David A. Zwally
Brian J. Malkin
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
bwhite@flhlaw.com
dbrown@flhlaw.com
ahoag@flhlaw.com
dzwally@flhlaw.com
bmalkin@flhlaw.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sicth Street
Minneapolis, MN 55402
singer@fr.com
kane@fr.com
reichel@fr.com

Roderick G. Dorman
Hennigan Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
dormanr@hbdlawyers.com

    I further certify that on July 9, 2008, the attached document was sent via First Class Mail to the following person(s):

| | |
|---|---|
| Jeffrey N. Luthi<br>Clerk, MDL Judicial Panel<br>One Columbus Circle, N.E.<br>Room G-255, Feder Judiciary Bldg.<br>Washington, DC  20002-8004 | Mieke K. Malmberg<br>Hennigan Bennett & Dorman<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA  90017 |

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

834839 / 31920 / MDL