IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BRIMONIDINE PATENT LITIGATION | C.A. No. 07-md-1866-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 24, 2008, a true and correct copy of (1) Allergan Inc.'s Second Set of Interrogatories to Defendants Apotex, Inc. And Apotex Corp. and (2) Allergan Inc.'s Third Set of Request for Production to Defendants Apotex, Inc. And Apotex Corp. were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Kelly E. Farnan
RICHARD, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND HAND DELIVERY**
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**
Daniel G. Brown
Arthur L. Hoag
Barry S. White
David A. Zwally
Brian J. Malkin
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151

**BY EMAIL AND FIRST CLASS MAIL**
Robert B. Breisblatt
Stephen P. Benson
Joanna R. Stevason
Jeremy C. Daniel
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3696

Dated: July 24, 2008

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Email: marsden@fr.com
         coletti@fr.com

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

W. Chad Shear
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

Attorneys for Plaintiff
ALLERGAN, INC.

80064181.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed with the Clerk of Court the Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

**BY EMAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Kelly E. Farnan
RICHARD, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND HAND DELIVERY**
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**
Daniel G. Brown
Arthur L. Hoag
Barry S. White
David A. Zwally
Brian J. Malkin
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151

**BY EMAIL AND FIRST CLASS MAIL**
Robert B. Breisblatt
Stephen P. Benson
Joanna R. Stevason
Jeremy C. Daniel
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3696

_____
Susan M. Coletti (#4690)

80064181.doc