IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| IN RE:<br>BRIMONIDINE PATENT LITIGATION | C.A. No. 07-md-01866 GMS |
|---|---|

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 30, 2008, the Exela Defendants' Second Set of Interrogatories to Plaintiff (Nos. 6-16) were served upon the below-named counsel of record in the manner and at the addresses indicated:

**VIA HAND DELIVERY:**

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19899-1114

Richard L. Horwitz
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza
Wilmington, Delaware 19899-0951

**VIA E-MAIL:**

Juanita R. Brooks
Fish & Richardson
12390 El Camino Real
San Diego, CA  92130

William C. Shear
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX  75201

Jonathan E. Singer
Michael J. Kane
Fish & Richardson
60 South Sixth Street, Suite 3300
Minneapolis, MN  55402

Robert B. Breisblatt
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL  60601-3693

RLF1-3307680-1

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com

*Attorneys for Defendants
Exela Pharmsci, Inc., Exela Pharmsci Pvt.
Ltd., Paddock Laboratories, Inc., and
Pharmaforce, Inc.*

Dated: July 30, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 30, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on counsel of record at the addresses and in the manner indicated below:

**VIA HAND DELIVERY**

| | |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801 | Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Hercules Plaza<br>Wilmington, DE 19801 |

I further certify that on July 30, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**VIA E-MAIL**

| | |
|---|---|
| Juanita R. Brooks<br>Fish & Richardson<br>12390 El Camino Real<br>San Diego, CA 92130 | Jonathan E. Singer<br>Michael J. Kane<br>Fish & Richardson<br>60 South Sixth Street, Suite 3300<br>Minneapolis, MN 55402 |
| William C. Shear<br>Fish & Richardson<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 | Robert B. Breisblatt<br>Katten Muchin Rosenmann LLP<br>525 West Monroe Street<br>Chicago, IL 60601-3693 |

Kelly E. Farnan (#4395)
farnan@rlf.com

RLF1-3277327-1