IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: BRIMONIDINE PATENT ) 
LITIGATION ) C.A. No. 07-MD-01866-GMS
 )

### NOTICE OF DEPOSITIONS OF ANGELIKA ASWAD, ANTHONY DZIABO, EDWARD KERSLAKE, PAUL RIPLEY, OREST OLEJNIK AND AMY BATOOSINGH PURSUANT TO FED. R. CIV. P. 30(B)(1)

**PLEASE TAKE NOTICE**, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Apotex Inc. and Apotex Corp. (collectively "Apotex") by its counsel, will take the depositions of Angelika Aswad, Anthony Dziabo, Edward Kerslake, Paul Ripley, Orest Olejnik, and Amy Batoosingh. The depositions will commence at the offices of Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067, at 9:30 a.m. on the dates provided below:

| | |
|---|---|
| Angelika Aswad | August 21, 2008 |
| Anthony Dziabo | September 10, 2008 |
| Edward Kerslake | September 11, 2008 |
| Paul Ripley | September 16, 2008 |
| Orest Olejnik | September 23, 2008 |
| Amy Batoosingh | September 30, 2008 |

The depositions upon oral examination will be taken before an officer authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue from day to

day until completed with such adjournments as to time and place as may be necessary. The testimony at the depositions will be recorded by stenographic and videographic means.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
|  | By: /s/ David E. Moore |
| Robert B. Breisblatt | Richard L. Horwitz (#2246) |
| Joanna R. Stevason | David E. Moore (#3983) |
| Jeremy C. Daniel | Hercules Plaza 6th Floor |
| KATTEN MUCHIN ROSENMAN LLP | 1313 N. Market Street |
| 525 West Monroe Street | P.O. Box 951 |
| Chicago, Illinois 60661-3693 | Wilmington, DE 19899 |
| Tel: (312) 902-5480 | Tel: (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated: August 13, 2008 |  |
| 878394 / 31920 (MDL) | *Attorneys for Defendants* |
|  | *Apotex Inc. and Apotex Corp.* |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 13, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 13, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell III<br>Kelly E. Farnan<br>Richards Layton & Finger<br>One Rodney Square<br>920 North King Street<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>cottrell@rlf.com<br>Farnan@rlf.com | William J. Marsden, Jr.<br>Susan M. Coletti<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>marsden@fr.com<br>coletti@fr.com |
| William Chad Shear<br>Fish and Richardson P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>czs@fr.com | Juanita Brooks<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>brooks@fr.com |
| Barry S. White<br>Daniel G. Brown<br>David A. Zwally<br>Brian J. Malkin<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York 10151<br>bwhite@flhlaw.com<br>dbrown@flhlaw.com<br>dzwally@flhlaw.com<br>bmalkin@flhlaw.com | Jonathan E. Singer<br>Michael J. Kane<br>Deanna J. Reichel<br>Fish & Richardson P.C.<br>300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>singer@fr.com<br>kane@fr.com<br>reichel@fr.com |

I further certify that on August 13, 2008, the attached document was sent via First Class Mail to the following person(s):

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Feder Judiciary Bldg.
Washington, DC  20002-8004

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

834839 / 31920 / MDL