IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: BRIMONIDINE PATENT LITIGATION | ) ) ) C.A. No. 07-MD-01866-GMS ) ) |
| ALLERGAN, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> APOTEX, INC. and APOTEX CORP., <br><br>          Defendants. | ) ) ) ) ) ) C.A. No. 07-278 (GMS) ) ) ) ) ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants Apotex, Inc. and Apotex Corp., hereby certifies that copies of the following documents were caused to be served on August 25, 2008, upon the following attorneys of record at the following addresses as indicated:

> APOTEX, INC. AND APOTEX CORP.'S ANSWER TO ALLERGAN INC.'S SECOND SET OF INTERROGATORIES TO DEFENDANTS APOTEX, INC. AND APOTEX CORP.
>
> APOTEX, INC. AND APOTEX CORP.'S RESPONSE TO ALLERGAN INC.'S THIRD SET OF REQUESTS FOR PRODUCTION

**VIA ELECTRONIC MAIL**

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com
coletti@fr.com

Juanita Brooks
Joseph P. Reid
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
brooks@fr.com
reid@fr.com

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sicth Street
Minneapolis, MN 55402
singer@fr.com
kane@fr.com
reichel@fr.com

Steven C. Carlson
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
steven.carlson@fr.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Robert B. Breisblatt
Stephen P. Benson
Joanna R. Stevason
Jeremy C. Daniel
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Tel: (312) 902-5480

Dated: August 26, 2008
879931 / 31920 (MDL)

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants
Apotex Inc. and Apotex Corp.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 26, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 26, 2008, the attached document was Electronically Mailed to the following person(s):

Frederick L. Cottrell III
Kelly E. Farnan
Richards Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware  19899
cottrell@rlf.com
Farnan@rlf.com

William Chad Shear
Fish and Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
czs@fr.com

Barry S. White
Daniel G. Brown
David A. Zwally
Brian J. Malkin
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
bwhite@flhlaw.com
dbrown@flhlaw.com
dzwally@flhlaw.com
bmalkin@flhlaw.com

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com
coletti@fr.com

Juanita Brooks
Joseph P. Reid
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
brooks@fr.com
reid@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
Fish & Richardson P.C.
300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN  55402
singer@fr.com
kane@fr.com
reichel@fr.com

| | |
|---|---|
| Steven C. Carlson<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>steven.carlson@fr.com | Sharon E. Crane<br>Erin M. Dunston<br>Krista Leigh Lynch<br>Bingham McCutchen LLP<br>2020 K. Street NW<br>Washington, DC 20006-1806<br>sharon.crane@bingham.com<br>erin.dunston@bingham.com<br>krista.lynch@bingham.com |

I further certify that on August 26, 2008, the attached document was sent via First Class Mail to the following person(s):

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Feder Judiciary Bldg.
Washington, DC 20002-8004

By: /s/ David E. Moore<br>
Richard L. Horwitz<br>
David E. Moore<br>
Hercules Plaza, 6th Floor<br>
1313 N. Market Street<br>
Wilmington, Delaware 19899-0951<br>
(302) 984-6000<br>
rhorwitz@potteranderson.com<br>
dmoore@potteranderson.com

834839 / 31920 / MDL

2