IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| BRIMONIDINE PATENT LITIGATION | ) | MDL Docket No. 07-md-01866 GMS |
| | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on August 25, 2008 copies of Exela Defendants' Responses to Allergan's Second Set of Interrogatories (Nos. 11-12) were served upon the following counsel of record at the addresses and in the manner indicated:

### VIA HAND DELIVERY

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19899-1114

### VIA E-MAIL

Juanita R. Brooks
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130-2081

W. Chad Shear
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201

Jonathan E. Singer
Michael J. Kane
Fish & Richardson
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402

RLF1-3277323-1

| | |
|---|---|
| OF COUNSEL: | /s/Kelly E. Farnan |
| | Frederick L. Cottrell III (#2555) |
| B. Jefferson Boggs, Jr. | cottrell@rlf.com |
| Sharon E. Crane | Kelly E. Farnan (#4395) |
| Susan Baker Manning | farnan@rlf.com |
| Erin M. Dunston | Richards, Layton & Finger |
| Krista Leigh Lynch | One Rodney Square |
| Bingham McCutchen LLP | 920 North King Street |
| 2020 K Street NW | Wilmington, DE 19801 |
| Washington, DC 20006 | (302) 651-7700 |
| | *Attorneys for Defendants Exela PharmSci, Inc. Exela Pharm Sci, Pvt. Ltd.,* |

David A. Zwally
Brian J. Malkin
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Dated: August 26, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 26, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on counsel of record at the addresses and in the manner indicated below:

<u>VIA HAND DELIVERY</u>

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza
Wilmington, DE 19801

<u>VIA E-MAIL</u>

Juanita R. Brooks
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130

Jonathan E. Singer
Michael J. Kane
Fish & Richardson
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402

W. Chad. Shear
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201

Robert B. Breisblatt
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL 60601-3693

/s/Kelly E. Farnan
Kelly E. Farnan (#4395)
farnan@rlf.com

RLF1-3277327-1