IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| BRIMONIDINE PATENT LITIGATION | ) | MDL Docket No. 07-md-01866 GMS |
| | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on August 25, 2008 copies of Paddock's and PharmaForce's Responses to Allergan's Second Set of Interrogatories (Nos. 11-12) were served upon the following counsel of record at the addresses and in the manner indicated:

**VIA HAND DELIVERY**
William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, Delaware 19899-1114

**VIA E- MAIL**

Juanita R. Brooks
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130-2081

W. Chad Shear
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201

Jonathan E. Singer
Michael J. Kane
Fish & Richardson
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402

OF COUNSEL:

David A. Zwally
Brian J. Malkin
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Dated: August 26, 2008

/s/Kelly E. Farnan
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants Paddock Laboratories, Inc. and PharmaForce, Inc.*

RLF1-3315719-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on counsel of record at the addresses and in the manner indicated below:

**VIA HAND DELIVERY**

| | |
|---|---|
| William J. Marsden, Jr. <br> Fish & Richardson, P.C. <br> 919 N. Market Street, Suite 1100 <br> Wilmington, DE 19801 | Richard L. Horwitz <br> Potter Anderson & Corroon LLP <br> 1313 N. Market Street <br> Hercules Plaza <br> Wilmington, DE 19801 |

**VIA E-MAIL**

| | |
|---|---|
| Juanita R. Brooks <br> Fish & Richardson <br> 12390 El Camino Real <br> San Diego, CA 92130 | Jonathan E. Singer <br> Michael J. Kane <br> Fish & Richardson <br> 60 South Sixth Street, Suite 3300 <br> Minneapolis, MN 55402 |
| W. Chad Shear <br> Fish & Richardson <br> 1717 Main Street, Suite 5000 <br> Dallas, TX 75201 | Robert B. Breisblatt <br> Katten Muchin Rosenmann LLP <br> 525 West Monroe Street <br> Chicago, IL 60601-3693 |

/s/Kelly E. Farnan
Kelly E. Farnan (#4395)
farnan@rlf.com

RLF1-3277327-1