## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                        )
BRIMONIDINE PATENT LITIGATION    )     MDL Docket No. 07-md-01866 GMS
                                              )

### NOTICE OF DEPOSITION OF AMY BATOOSINGH

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, and Local Rules 30.1 and 30.3-30.6, Defendants Exela PharmSci, Inc. and Exela Pharm Sci Pvt. Ltd. ("Exela"), will take the deposition upon oral examination of Amy Batoosingh beginning on September 25, 2008, at 9:00 AM, at the offices of BINGHAM MCCUTCHEN, LLP, 2020 K Street, N.W., Washington, D.C. 20006, before a notary public or other officer or person authorized to administer an oath under the laws of the United States.

**PLEASE TAKE FURTHER NOTICE THAT** the deposition will continue from day to day until completed, with such **adjournments** as to time and place as may be necessary. The deposition will be recorded by stenographic means and may be videotaped.

You are invited to attend and examine the witness.

OF COUNSEL:
B. Jefferson Boggs, Jr.
Sharon E. Crane
Susan Baker Manning
Erin M. Dunston
Krista Leigh Lynch
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006

David A. Zwally
Brian J. Malkin
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Dated: August 27, 2008

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants Exela PharmSci, Inc.*
*Exela Pharm Sci, Pvt. Ltd.,*

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on counsel of record at the addresses and in the manner indicated below:

### VIA HAND DELIVERY

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza
Wilmington, DE 19801

### VIA E-MAIL

Juanita R. Brooks
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130

Jonathan E. Singer
Michael J. Kane
Fish & Richardson
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402

W. Chad. Shear
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201

Robert B. Breisblatt
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL 60601-3693

/s/Kelly E. Farnan
Kelly E. Farnan (#4395)
farnan@rlf.com

RLF1-3277327-1