IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BRIMONIDINE PATENT LITIGATION | C.A. No. 07-md-1866-GMS |

**MOTION TO STAY CASE AGAINST EXELA,
TOLL THE 30-MONTH HATCH-WAXMAN ACT STAY, AND ALLOW ALLERGAN
TO USE INFORMATION PRODUCED IN THIS CASE TO PREPARE A CITIZENS'
PETITION TO BE FILED WITH THE FDA**

Plaintiff Allergan, Inc. respectfully moves this Court to enter an Order staying the above-captioned action against Exela PharmSci, Inc., Exela PharmSci Pvt., Ltd., Paddock Laboratories, Inc., and PharmaForce, Inc., tolling the 30-month stay under the Hatch-Waxman Act until the Court lifts the stay in this case, and granting leave of the Court to use information produced under the protective order in this case in a citizen's petition that Allergan will file with the FDA.

The reasons supporting this motion are set forth in Allergan's opening brief filed herewith.

Dated: September 3, 2008

FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Email: marsden@fr.com
 coletti@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

W. Chad Shear
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

**ATTORNEYS FOR
ALLERGAN, INC.**

## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for Plaintiff Allergan, Inc. has consulted with counsel for Exela PharmSci, Inc., Exela PharmSci Pvt., Ltd., Paddock Laboratories, Inc., and PharmaForce, Inc., pursuant to District of Delaware Local Rule 7.1.1 and have been advised that they will not consent to the relief sought by the Motion.

*/s/ William M. Marsden, Jr.*
William J. Marsden, Jr. (#22247)

Dated: September 3, 2008        FISH & RICHARDSON P.C.


By: */s/ William J. Marsden, Jr.*
   William J. Marsden, Jr. (#2247)
   Susan M. Coletti (#4690)
   919 N. Market Street, Suite 1100
   P.O. Box 1114
   Wilmington, DE 19899-1114
   Telephone: (302) 652-5070
   Email: marsden@fr.com

   Jonathan E. Singer
   Michael J. Kane
   Deanna J. Reichel
   FISH & RICHARDSON P.C.
   60 South Sixth Street, Suite 3300
   Minneapolis, MN 55402
   Telephone: (612) 335-5070

   Juanita Brooks
   FISH & RICHARDSON P.C.
   12390 El Camino Real
   San Diego, CA 92130
   Telephone: (858) 678-5070

   W. Chad Shear
   FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
   Dallas, TX 75201
   Telephone: (214) 747-5070

Attorneys for
Allergan, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, I hereby served MOTION TO STAY CASE AGAINST EXELA, TOLL THE 30-MONTH HATCH-WAXMAN ACT STAY, AND ALLOW ALLERGAN TO USE INFORMATION PRODUCED IN THIS CASE TO PREPARE A CITIZENS' PETITION TO BE FILED WITH THE FDA on the following counsel of record at the address and in the manner indicated below:

**BY FEDERAL EXPRESS**
Daniel G. Brown
Barry S. White
Arthur L. Hoag
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151

**BY HAND DELIVERY**
Frederick L. Cottrell III
Kelly E. Farnan
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899

**BY FEDERAL EXPRESS**
Krista Leigh Lynch
Erin M. Dunston
Sharon E. Crane
Bingham McCutchen LLP
2020 K Sreet NW
Washington, DC  20006-1806

A redacted copy of this filing prepared pursuant to L.R. 5.1.3 and CM/ECF XIV.C will be served upon counsel for Apotex.  Counsel for Apotex is not being served with this unredacted filing because it contains confidential information of Exela.  Pursuant to an agreement of the parties, confidential information received from one defendant, in this instance Exela, may not be disclosed to the other defendant, in this instance Apotex.

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

2008-09-03 Brimondine Final Motion.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BRIMONIDINE PATENT LITIGATION | C.A. No. 07-md-1866-GMS |

**PROPOSED ORDER GRANTING MOTION TO STAY CASE AGAINST EXELA, TOLL THE 30-MONTH HATCH-WAXMAN ACT STAY, AND ALLOW ALLERGAN TO USE INFORMATION PRODUCED IN THIS CASE TO PREPARE A CITIZENS' PETITION TO BE FILED WITH THE FDA**

IT IS HEREBY ORDERED that:

1.   Plaintiff Allergan, Inc's Motion to Stay this case is GRANTED, and the case against Exela PharmSci, Inc., Exela PharmSci Pvt., Ltd., Paddock Laboratories, Inc., and PharmaForce, Inc. is stayed, the 30-month stay under the Hatch-Waxman Act is tolled until the Court lifts the stay in this case, and leave of the Court to use information produced under the protective order in this case in a citizen's petition that Allergan will file with the FDA is granted.


Dated: _____, 2008        _____
                                     CHIEF, UNITED STATES DISTRICT COURT JUDGE


Proposed Order re Motion to Stay.doc