IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>BRIMONIDINE PATENT LITIGATION | C.A. 07-md-01866 GMS |

### AMENDED NOTICE OF DEPOSITION OF CIHUA YANG
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Allergan Inc. ("Plaintiff") by its counsel, will take the deposition of Cihua Yang. The deposition will commence at Toronto Court Reporters, 65 Queen Street West, Suite #1410, Toronto, ON M5H 2M5, at 9:00 a.m. on September 10, 2008. The deposition will be taken before a notary public or person authorized to administer oaths under law and will continue from day to day until completed. Some or all of the deposition testimony may be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means. The deposition will continue from day to day, weekends and holidays excepted, until completed.

Dated: September 4, 2008        FISH & RICHARDSON P.C.

By: /s/ 
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Email: marsden@fr.com
            coletti@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070

Juanita Brooks
Joseph Reid
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

W. Chad Shear
FISH & RICHARDSON P.C.
1717 Main St., Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

**ATTORNEYS FOR PLAINTIFF
ALLERGAN, INC.**

60523354.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed with the Clerk of Court the AMENDED NOTICE OF DEPOSITION OF CIHUA YANG PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1) using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

**BY EMAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Kelly E. Farnan
RICHARD, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND HAND DELIVERY**
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**
Daniel G. Brown
Barry S. White
David A. Zwally
Brian J. Malkin
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151

**BY EMAIL AND FIRST CLASS MAIL**
Robert B. Breisblatt
Stephen P. Benson
Joanna R. Stevason
Jeremy C. Daniel
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3696

**BY EMAIL AND FIRST CLASS MAIL**
Erin Dunston
BINGHAM MCCUTCHEON LLP
2020 K Street NW
Washington, DC 20006-1806

William J. Marsden, Jr. (#2247)

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed with the Clerk of Court the AMENDED NOTICE OF DEPOSITION OF CIHUA YANG PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1) using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

**BY EMAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Kelly E. Farnan
RICHARD, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY EMAIL AND HAND DELIVERY**
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

**BY EMAIL AND FIRST CLASS MAIL**
David A. Zwally
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151

**BY EMAIL AND FIRST CLASS MAIL**
Robert B. Breisblatt
Joanna R. Stevason
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3696

**BY EMAIL AND FIRST CLASS MAIL**
Erin Dunston
BINGHAM MCCUTCHEON LLP
2020 K Street NW
Washington, DC  20006-1806

_____
William J. Marsden, Jr. (#2247)