IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BRIMONIDINE PATENT LITIGATION | C.A. No. 07-md-1866-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 5, 2008, a true and correct copy of (1) Plaintiff's Amended Initial Disclosures Pursuant To Fed.R.Civ.P. 26(A)(1) To Defendants Exela Pharmsci, Inc., Exela Pharmsci, Ltd., Paddock Laboratories, Inc., And Pharmaforce, Inc.; and (2) Plaintiff's Amended Initial Disclosures Pursuant To Fed.R.Civ.P. 26(A)(1) To Apotex, Inc. And Apotex, Corp. were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Kelly E. Farnan
RICHARD, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**
Daniel G. Brown
Arthur L. Hoag
Barry S. White
David A. Zwally
Brian J. Malkin
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151

**BY EMAIL AND FIRST CLASS MAIL**
Erin M. Dunston
Bingham McCutchen LLP
202 K Street NW
Washington, DC 20006

**BY EMAIL AND HAND DELIVERY**
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**
Robert B. Breisblatt
Stephen P. Benson
Joanna R. Stevason
Jeremy C. Daniel
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3696

Dated: September 5, 2008

FISH & RICHARDSON P.C.

By: /s/ *signature*
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Email: marsden@fr.com
coletti@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

W. Chad Shear
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

Attorneys for Plaintiff
ALLERGAN, INC.

80067305.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I electronically filed with the Clerk of Court the Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

**BY EMAIL AND HAND DELIVERY**
Frederick L. Cottrell, III
Kelly E. Farnan
RICHARD, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND HAND DELIVERY**
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**
Daniel G. Brown
Arthur L. Hoag
Barry S. White
David A. Zwally
Brian J. Malkin
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151

**BY EMAIL AND FIRST CLASS MAIL**
Robert B. Breisblatt
Stephen P. Benson
Joanna R. Stevason
Jeremy C. Daniel
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3696

**BY EMAIL AND FIRST CLASS MAIL**
Erin M. Dunston
Bingham McCutchen LLP
202 K Street NW
Washington, DC 20006

_____
Susan M. Coletti (#4690)

80064181.doc