IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BRIMONIDINE PATENT LITIGATION | C.A. No. 07-md-1866-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 31, 2008, a true and correct copy of Expert Report of Dr. Valentino Stella was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL AND FEDERAL EXPRESS**
Erin Dunston
B. Jefferson Boggs
BINGHAM MCCUTCHEON LLP
2020 K Street NW
Washington, DC  20006-1806

**BY EMAIL**
Kelly E. Farnan
RICHARD, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Dated:  November 6, 2008          FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:  (302) 652-5070
Email:  marsden@fr.com
coletti@fr.com

Jonathan E. Singer
Michael J. Kane
Deanna J. Reichel
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone:  (612) 335-5070

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

W. Chad Shear
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

Attorneys for Plaintiff
ALLERGAN, INC.

80070448.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2008, I electronically filed with the Clerk of Court the Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following counsel.

**BY EMAIL**
Frederick L. Cottrell, III
Kelly E. Farnan
RICHARD, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY EMAIL**
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

**BY EMAIL**
Barry S. White
David A. Zwally
Brian J. Malkin
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151

**BY EMAIL**
Robert B. Breisblatt
Stephen P. Benson
Brian J. Sodikoff
Cathay Y.N. Smith
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3696

**BY EMAIL**
Erin Dunston
Krista Lynch
B. Jefferson Boggs
BINGHAM MCCUTCHEON LLP
2020 K Street NW
Washington, DC  20006-1806

　　　　　　　　　　　　　　　　　　*/s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247)

80070448.doc