## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:
BRIMONIDINE PATENT LITIGATION

MDL Docket No. 07-md-01866 GMS

### NOTICE OF DEPOSITION OF VALENTINO STELLA

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, and Local Rules 30.1 and 30.3-30.6, Defendants Exela PharmSci, Inc. and Exela PharmSci Pvt., Ltd. ("Exela"), will take the deposition upon oral examination of Valentino Stella beginning on December 2, 2008, at 9:30 AM, in the "Conference Room" at The Eldridge Hotel, 701 Massachusetts, Lawrence, Kansas 66044, before a notary public or other officer or person authorized to administer an oath under the laws of the United States.

**PLEASE TAKE FURTHER NOTICE THAT** the deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary. The deposition will be recorded by stenographic means and may be videotaped.

You are invited to attend and examine the witness.

*Kelly E. Farnan*

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants Exela PharmSci, Inc.*
*Exela Pharm Sci, Pvt. Ltd.,*

OF COUNSEL:
B. Jefferson Boggs, Jr.
Sharon E. Crane
Susan Baker Manning
Erin M. Dunston
Krista Leigh Lynch
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006

Dated:  November 26, 2008

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 26, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on counsel of record at the addresses and in the manner indicated below:

### VIA E-MAIL

William J. Marsden, Jr.
Susan M. Coletti
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
PO Box 1114
Wilmington, DE  19899-1114

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza
Wilmington, DE  19801

### VIA E-MAIL

Juanita R. Brooks
Fish & Richardson
12390 El Camino Real
San Diego, CA  92130

Jonathan E. Singer
Michael J. Kane
Fish & Richardson
60 South Sixth Street, Suite 3300
Minneapolis, MN  55402

W. Chad. Shear
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX  75201

Robert B. Breisblatt
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL  60601-3693

David A. Zwally
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Kelly E. Farnan (#4395)
farnan@rlf.com